IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYRUS HARRIS, et. al., | ) | |
| | ) | No.    08 C 541 |
| Plaintiffs, | ) | |
| | ) | Honorable David H. Coar |
| | ) | Magistrate Judge Nolan |
| | ) | |
| ILLINOIS STATE POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES the defendant, CLARENCE DUMAS, by and through his attorney, LISA MADIGAN, Attorney General of Illinois and pursuant to the Federal Rules of Civil Procedure, Section 6(b), respectfully seeks an order for an enlargement of time within which to answer or plead in this cause. In further support, the defendant states as follows:

1. This matter was first filed on or about January 24, 2008 alleging what appears to be a purported civil rights claim against the defendants. Summons was received by Defendant Dumas on or about January 30, 2008 and he requested counsel on or about February 4, 2008. Currently, defendants must answer or otherwise plead by February 19, 2008.

2. To the best of counsel's knowledge, the remaining defendants have not yet been served or have just been served, but have not yet requested counsel. It is likely that the remaining defendants will also be represented by counsel, upon their request.

3. Defense counsel will be out of town from February 14, 2008 to February 22, 2008.

4.	Due to the nature of the allegations and conflicting schedules, defense counsel has not had the opportunity to fully confer with their clients in order to properly answer or otherwise plead this matter.

5.	The granting of this motion will not prejudice the plaintiff whereas the denial of this motion will greatly prejudice the defendant.

6.	This motion is not brought for dilatory purposes or for purposes of delay.

WHEREFORE, the defendant, CLARENCE DUMAS respectfully requests that the Court enlarge the time within which he may answer, or otherwise plead, to March 7, 2008.

        Respectfully submitted,

        LISA MADIGAN
        Attorney General of Illinois

        *s/Shirley R. Calloway*
        SHIRLEY R. CALLOWAY
        Assistant Attorney General
        Office of the Attorney General
        100 W. Randolph St., 13th Floor
        Chicago, Illinois  60601
        (312) 814-5581