IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYRUS HARRIS, et. al., | ) | |
| | ) | No.   08 C 541 |
| Plaintiffs, | ) | |
| | ) | Honorable David H. Coar |
| | ) | Magistrate Judge Nolan |
| | ) | |
| ILLINOIS STATE POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

Lawrence V. Jackowiak
Daniel P. Kiss
Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
200 N. Clark St. # 1700
Chicago, IL 60602

    **PLEASE TAKE NOTICE** that on February 26, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar, or whomever may be sitting in his stead, Room 1419 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the referenced **DEFENDANT DUMAS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

                                                Respectfully submitted,

LISA MADIGAN                                           *s/ Shirley R. Calloway*
Attorney General of Illinois                    Shirley R. Calloway
                                                            Assistant Attorney General
                                                             Office of the Attorney General
                                                             General Law Bureau
                                                             100 West Randolph Street, 13th Floor
                                                            Chicago, Illinois  60601
                                                            (312) 814- 5581

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing **DEFENDANT DUMAS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

*s/ Shirley R. Calloway*