**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Cyrus Harris, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:08−cv−00541
                                                            Honorable David H. Coar

Illinois State Police, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 25, 2008:

   MINUTE entry before Judge David H. Coar :MOTION by Defendant Clarence Dumas for extension of time to Answer or Otherwise Plead [9] is granted. Defendant Dumas to answer or plead on or before 3/7/2008. Parties need not appear on 2/26/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.