IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYRUS HARRIS, et. al., | ) | |
| | ) | No.    08 C 541 |
| Plaintiffs, | ) | |
| | ) | Honorable David H. Coar |
| | ) | Magistrate Judge Nolan |
| | ) | |
| ILLINOIS STATE POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

Lawrence V. Jackowiak
Daniel P. Kiss
Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
200 N. Clark St. # 1700
Chicago, IL 60602

I hereby certify that on March 7, 2008, I electronically filed the foregoing **DAMASKI and DUMAS' ANSWER TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system, which will send the Notice of Electronic Filing to the following:

jackowiaklawoffice@yahoo.com
dpk.esq@sbcglobal.net
meyerlouis@hotmail.com

                                                Respectfully submitted,

LISA MADIGAN                           *s/ Shirley R. Calloway*
Attorney General of Illinois            Shirley R. Calloway
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                General Law Bureau
                                                100 West Randolph Street, 13th Floor
                                                Chicago, Illinois  60601
                                                (312) 814- 5581

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing **DAMASKI and DUMAS' ANSWER TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                                                                    *s/ Shirley R. Calloway*