UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Cyrus Harris, et al.
                          Plaintiff,

v.                                                Case No.: 1:08–cv–00541
                                                  Honorable David H. Coar

Illinois State Police, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Set deadlines as to motion to dismiss[15] : Responses due by 4/8/2008, Replies due by 4/22/2008. MOTION by Defendants Illinois State Police, Illinois Department Of Corrections [15] is taken under advisement – ruling to issue by mail. Parties need not appear on the noticed motion date on 3/18/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.