UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYRUS HARRIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 541 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Nolan |
| ILLINOIS STATE POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED SCHEDULING ORDER**

**1. Discovery**

The following time limits and deadlines shall be applicable.

   A. All disclosures required by Rule 26(a)(1) shall be made on or before <u>May 2, 2008.</u>

   B. Any amendments to pleadings or actions to join other parties shall be filed on or before <u>June 13, 2008</u>.

   C. The cutoff of fact discovery is <u>September 26, 2008</u>.

   D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before <u>October 17, 2008</u>.

   E. The parties may depose the other side's expert at any time prior to <u>November 7, 2008</u>.

   F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to <u>November 28, 2008</u>.

   G. The parties shall have until <u>December 12, 2008</u> to depose the opposing party's rebuttal expert.

**2. Motions**

Any dispositive motions to be filed on or before <u>October 31, 2008</u>.

**3. Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before December 19, 2008.

The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference.)

**4. Trial**

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

**5. Status Hearings**

A further status hearing/preliminary pretrial conference should be held on September 26, 2008.

Respectfully submitted,

| | |
|---|---|
| Dated: April 11, 2008 | Dated: April 11, 2008 |
| /s/Lawrence V. Jackowiak | /s/ Shirley Calloway |
| Law Offices of Lawrence V. Jackowiak | Office of the Illinois Attorney General |
| 20 North Clark Street, Suite 1700 | 100 West Randolph, 13th Floor |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 795-9595 | (312) 814-5581 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |