UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYRUS HARRIS, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 08 C 541 |
| ) | |
| vs. ) | Judge Coar |
| ) | Magistrate Judge Nolan |
| ILLINOIS STATE POLICE, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:** Shirley Colloway
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602

    **PLEASE TAKE NOTICE** that at 9:00 a.m. on Monday, April 28, 2008, or as soon thereafter as counsel may be heard, I shall appear before Honorable David H. Coar, or any judge sitting in his stead, in courtroom 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiffs' Motion For Leave to File *Instanter* The Attached First Amended Complaint**.

## CERTIFICATE OF SERVICE

    I, Lawrence V. Jackowiak, certify that on Thursday, April 24, 2008, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

                                               /s/ Lawrence V. Jackowiak
                                               *Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595