UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Cyrus Harris, et al.
                          Plaintiff,

v.                                          Case No.: 1:08−cv−00541
                                            Honorable David H. Coar

Illinois State Police, et al.
                          Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, April 25, 2008:

    MINUTE entry before Judge Honorable David H. Coar: MOTION by Plaintiffs
Wilimenia Blackmon, Darrius Henry, Tyree Harris, Javon Harris, Cyrus Harris, Lashawn
Harris to file instanter first amended complaint [22] is granted. MOTION [15] by
Defendants Illinois State Police, Illinois Department Of Corrections, Clarence Dumas,
Todd Damaski to dismiss under 12(b)(6) [15] is moot due to the filing of the Amended
Complaint. Defendants are given to May 10, 2008 to answer or plead to the amended
complaint. Parties need not appear on the noticed motion date of 4/28/2008. Mailed
notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.