UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYRUS HARRIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 541 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Nolan |
| ILLINOIS STATE POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**   Shirley Colloway
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on Friday, April 25, 2008, I have filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Plaintiffs' First Amended Complaint**.

## CERTIFICATE OF SERVICE

I, Lawrence V. Jackowiak, certify that on Friday, April 25, 2008, this notice and the above-referenced documents were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595