**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CYRUS HARRIS, et. al., ) | |
| ) | No.    08 C 541 |
| Plaintiffs, ) | |
| ) | Honorable David H. Coar |
| ) | Magistrate Judge Nolan |
| ) | |
| CLARENCE DUMAS, Star 12655 et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

Lawrence V. Jackowiak
Daniel P. Kiss
Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
200 N. Clark St. # 1700
Chicago, IL 60602

    I hereby certify that on May 12, 2008, I electronically filed the foregoing **DAMASKI and DUMAS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system.  Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                                  Respectfully submitted,

LISA MADIGAN                              *s/ Shirley R. Calloway*
Attorney General of Illinois               Shirley R. Calloway
                                                  Assistant Attorney General
                                                  Office of the Attorney General
                                                  General Law Bureau
                                                  100 West Randolph Street, 13th Floor
                                                  Chicago, Illinois  60601
                                                  (312) 814- 5581

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, I electronically filed the foregoing **DAMASKI and DUMAS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

*s/ Shirley R. Calloway*